IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STEGALL,                                    No. C-07-0886 MMC

       Plaintiff

    v.                                           **ORDER OF REFERRAL**

SAFETY-KLEEN SYSTEMS, INC.,

      Defendant

_____/

     The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to Perez v. Safety-Kleen Systems, Inc., C-05-5338 PJH.

    **IT IS SO ORDERED.**

Dated: February 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Dockets.Justia.com