**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STEGALL,                                     No. C-07-0886 MMC

      Plaintiff

    v.                                              **ORDER OF REFERRAL**

SAFETY-KLEEN SYSTEMS, INC.,

      Defendant

_____/

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to <u>Perez v. Safety-Kleen Systems, Inc.</u>, C-05-5338 PJH.

    **IT IS SO ORDERED.**

Dated: February 13, 2007

                                MAXINE M. CHESNEY
                                United States District Judge