Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq. (SBN 200396)
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

Barron E. Ramos, Esq. *Of Counsel* (State Bar No. 179620)
Kristen E. Caverly, Esq. (State Bar No. 175070)
HENDERSON & CAVERLY LLP
P.O. Box 9144 (all U.S. Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067
Telephone: (858) 756-6342
Facsimile: (858) 756-4732

Attorneys for plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO PEREZ and JERREL DOANE, individually and on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br>v.<br><br>SAFETY-KLEEN SYSTEMS, INC., SAFETY-KLEEN CORP., and DOES 1 through 50, inclusive,<br><br>Defendant.<br>_____<br><br>DAVID STEGALL, on behalf of himself, those similarly situated and on behalf of the general public,<br><br>Plaintiff,<br>v.<br><br>SAFETY-KLEEN SYSTEMS, INC., a Wisconsin Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case Nos.<br><br>C 05-05338-PJH<br><br>and<br><br>C 07-00886 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONSOLIDATE AND ORDER THEREON**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Dept.: Courtroom 3, 17th Floor<br>450 Golden Gate Ave<br>San Francisco, CA<br><br>Trial Date: None Set |

It is hereby stipulated by and among the parties hereto that the Court may issue the following order:

1. That the above captioned cases are consolidated for all purposes.

2. All documents relating to these cases, filed subsequent to the entry of this order, shall be filed in the *Perez* matter under Case No. C 05-05338-PJH, and all documents so filed shall apply to both cases.

3. As it is the older filed case, the parties shall utilize the caption for *Perez v. Safety-Kleen matter* on all filed documents.

4. Each pleading shall clearly designate on its face page, immediately below the caption, that the document also applies to the *Stegall* case as follows:

"This document also applies to *Stegall v. Safety-Kleen*, Case No. C 07-00886 PJH"

SO STIPULATED:

DATED: April 13, 2007                    SEYFARTH SHAW LLP
                                         Robert W. Tollen
                                         Janine S. Simerly

                                         By _____
                                         Attorneys for Defendants
                                         SAFETY-KLEEN CORP.
                                         SAFETY-KLEEN SYSTEMS, INC.,

DATED: April __, 2007                    HENDERSON & CAVERLY LLP
                                         Barron E. Ramos
                                         Kristen E. Caverly

                                         By_____
                                         Attorneys for Plaintiffs

DATED: April __, 2007                    EDGAR LAW FIRM
                                         Donald S. Edgar
                                         Jeremy R. Feitz

                                         By_____
                                         Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: April __, 2007                    _____
                                         Hon. Phyllis J. Hamilton
                                         United States District Judge

It is hereby stipulated by and among the parties hereto that the Court may issue the following order:

1. That the above captioned cases are consolidated for all purposes.

2. All documents relating to these cases, filed subsequent to the entry of this order, shall be filed in the *Perez* matter under Case No. C 05-05338-PJH, and all documents so filed shall apply to both cases.

3. As it is the older filed case, the parties shall utilize the caption for *Perez v. Safety-Kleen matter* on all filed documents.

4. Each pleading shall clearly designate on its face page, immediately below the caption, that the document also applies to the *Stegall* case as follows:

"This document also applies to *Stegall v. Safety-Kleen*, Case No. C 07-00886 PJH"

SO STIPULATED:

DATED: April __, 2007           SEYFARTH SHAW LLP
                                Robert W. Tollen
                                Janine S. Simerly

                                By_____
                                Attorneys for Defendants
                                SAFETY-KLEEN CORP.
                                SAFETY-KLEEN SYSTEMS, INC.,

DATED: April 12, 2007           HENDERSON & CAVERLY LLP
                                Barron E. Ramos
                                Kristen E. Caverly

                                By_____
                                Attorneys for Plaintiffs

DATED: April 13, 2007           EDGAR LAW FIRM
                                Donald S. Edgar
                                Jeremy R. Feitz

                                By_____
                                Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: April 17, 2007           _____
                                Hon. Phyllis J. Hamilton
                                United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California* (seal)